THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW SCHOOLFIELD, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>WYZE LABS, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. C20-0282-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to consolidate actions and to set scheduling deadlines (Dkt. No. 14). Having thoroughly considered the motion and the relevant records of this action and *Adams v. Wyze Labs, Inc.*, Case No. C20-0370-JCC (W.D. Wash. 2020), the Court hereby FINDS and ORDERS that:

1. This action and the *Adams* action currently pending in this district and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this district shall be consolidated pursuant to Federal Rule of Civil Procedure 42(a) and Western District of Washington Local Civil Rule 42(a) before the Honorable John C. Coughenour, United States District Court Judge (hereafter,

1. the "Consolidated Action");

2. All papers filed in the Consolidated Action shall be filed under Case No. C20-0282-JCC, the number assigned to the first-filed case, and shall bear the following caption:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE: WYZE DATA INCIDENT LITIGATION

Master File No. C20-0282-JCC

This Document Relates To:

3. The case file for the Consolidated Action will be maintained under Master File Number C20-0282-JCC. When a pleading or paper is intended to apply to all actions to which this order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading or paper is not intended to apply to all actions, the docket number for each individual action to which the pleading or paper is intended to apply and the last name of the first-named Plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above (*e.g.*, C20-0370-JCC (*Adams*)).

4. Any action subsequently filed, transferred, or removed to this district that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with the Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Action pursuant to Local Civil Rule 3(g)(1) whenever a case that should be consolidated into this action is filed in, removed to, or transferred to this district.

5. If the Court determines that the case is related, the Clerk shall:

   a. Place a copy of this order in the separate file for such action;

   b. Serve on plaintiffs' counsel in the new case a copy of this order;

   c. Direct that this order be served upon defendant(s) in the new case; and

   d. Make appropriate entry in the Master Docket.

MINUTE ORDER
C20-0282-JCC
PAGE - 2

6. The Court hereby SETS the following case schedule:

    a. Plaintiffs shall file a consolidated complaint no later than 30 days following the date this order is issued;

    b. Defendant shall answer or otherwise respond to the consolidated complaint no later than 30 days following the filing of the consolidated complaint; and

    c. No later than the status conference currently scheduled for June 16, 2020, the parties shall submit for the Court's consideration a proposed class certification briefing schedule that extends the deadline set forth in Local Civil Rule 23(i)(3).

DATED this 17th day of April 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0282-JCC
PAGE - 3