THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WYZE<br>DATA INCIDENT LITIGATION | CASE NO. C20-0282-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend deadlines (Dkt. No. 16). The Court, having thoroughly considered the motion and the relevant record and finding good cause, hereby GRANTS the motion and ORDERS that:

1. Plaintiffs shall file a consolidated complaint no later than June 15, 2020;
2. Defendant shall answer or otherwise respond to the consolidated complaint on or before 30 days from the date the consolidated complaint is filed;
3. Pursuant to Western District of Washington Local Civil Rule 23, good cause exists to extend the time in which Plaintiffs shall move for a determination under Federal Rule of Civil Procedure 23(c)(1) to a date to be determined by the Court in a future scheduling order; and

MINUTE ORDER
C20-0282-JCC
PAGE - 1

4. This order is without prejudice to any party's rights, including but not limited to the right to seek additional court orders related to the scope or timing of discovery.

DATED this 18th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
