THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WYZE DATA INCIDENT LITIGATION, | CASE NO. C20-0282-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend deadlines (Dkt. No. 21). The Court, having thoroughly considered the motion and the relevant record and finding good cause, hereby GRANTS the motion and sets the following deadlines:

1. Plaintiffs shall file a consolidated complaint no later than June 22, 2020;
2. Defendant shall have 30 days from the date the consolidated complaint is filed in which to answer or otherwise respond to the consolidated complaint;
3. The parties shall participate in a Rule 26(f) conference no later than July 31, 2020;
4. The parties shall exchange initial disclosures no later than August 10, 2020;
5. The parties shall submit a joint status report no later than August 17, 2020; and
6. The parties shall submit a proposed class certification briefing schedule that extends the

MINUTE ORDER
C20-0282-JCC
PAGE - 1

deadlines set forth in Western District of Washington Local Civil Rule 23(i)(3) as determined by the Court in a future scheduling order.

DATED this 12th day of June 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk