THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WYZE DATA INCIDENT LITIGATION | CASE NO. C20-0282-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend deadlines (Dkt. No. 27). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS as follows:

1. The deadline for the parties to file a joint status report is CONTINUED until after the Court resolves Defendant's pending motion to compel arbitration (Dkt. No. 24);
2. If the Court grants Defendant's pending motion, the parties will not be required to file a joint status report; and
3. If the Court denies Defendant's pending motion, the parties must file a joint status report no later than 14 days after the Court's order is issued.

//

DATED this 18th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk