THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: <br> WYZE DATA INCIDENT LITIGATION | CASE NO. C20-0282-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. No. 50). Finding good cause, the Court hereby ORDERS Defendant to respond to Plaintiffs' motion for reconsideration. Defendant shall file a single response brief of no more than five (5) pages, excluding certificates of service, no later than November 16, 2020.

The Clerk is DIRECTED to renote Plaintiffs' motion for reconsideration (Dkt. No. 50) to November 16, 2020.

DATED this 6th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0282-JCC
PAGE - 1