THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: <br> WYZE DATA INCIDENT LITIGATION | CASE NO. C20-0282-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration and Defendant's response (Dkt. Nos. 50, 52). Plaintiff's motion does not show that the Court committed manifest error. Accordingly, the motion (Dkt. No. 50) is DENIED.

DATED this 17th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0282-JCC
PAGE - 1